**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER AND NOTICE OF INTENT TO DISMISS

Appellate case name:   Elizabeth Copeland v. Barry  Copeland

Appellate case number:   01-14-00680-CV

Trial court case number:  2012-39055

Trial court:          311th District Court of Harris County

Appellant's Motion for Extension of Time to File Brief filed February 4, 2015 is **GRANTED**, with **no further extensions**.  Appellant's brief is due March 6, 2015.

Appellant has previously been informed that no further extensions will be granted.  If appellant's brief is not filed by March 6, 2015, this case may be dismissed for want of prosecution without further notice.  *See* TEX. R. APP. P. 38.8(a); 42.3(b), (c).

It is so ORDERED.

Judge's signature: _____/s/_ Rebeca Huddle
                         X  Acting individually     ☐  Acting for the Court

Date:  February 12, 2015